# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CAMSOFT DATA SYSTEMS, INC.

VERSUS

SOUTHERN ELECTRONICS SUPPLY, INC. AND ACTIVE SOLUTIONS, LLC

NO.  2022 CW 1210

**JANUARY 18, 2024**

---

In Re:  Camsoft Data Systems, Inc., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 582741.

---

**BEFORE:  McCLENDON, HOLDRIDGE, AND GREENE, JJ.**

**REFERRAL TO APPEAL RECALLED; WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (*per curiam*), are not met.

**PMc**

**GH**

**Greene, J.,** dissents and would grant the writ. I would reverse the trial court's October 7, 2022 judgment granting the motion for partial summary judgment filed by defendants, MMR Group, Inc., MMR Offshore Services, Inc. and MMR Constructors, Inc. d/b/a MMR Communications, seeking to dismiss the lost business value damages claim of plaintiff, Camsoft Data Systems, Inc., and deny the motion. Only documents actually filed in support of or in opposition to the motion for summary judgment may be considered by the court on a motion for summary judgment. La. Code Civ. P. art. 966(D)(2) & Comments 2015, comment (k); **Alvin Fairburn & Associates, LLC v. Harris**, 2020-1290 (La. App. 1st Cir. 10/18/21), 2021 WL 4843584, *3-4 (unpublished). Thus, we may not rely upon the arguments and exhibits that defendants, MMR Group, Inc., MMR Offshore Services, Inc. and MMR Constructors, Inc. d/b/a MMR Communications, attempted to adopt by reference from the motion for partial summary judgment and supporting memorandum filed by defendants, Dell, Inc. and Dell Marketing, L.P. Defendants, MMR Group, Inc., MMR Offshore Services, Inc. and MMR Constructors, Inc. d/b/a MMR Communications, made no arguments and did not attach any exhibits to their motion for partial summary judgment. Thus, they have failed to point out to the court the absence of factual support for one or more elements essential to Camsoft Data System, Inc.'s claim for lost business value damages.

COURT OF APPEAL, FIRST CIRCUIT

A.S.

DEPUTY CLERK OF COURT
FOR THE COURT